[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-15388
Non-Argument Calendar
_____

D.C. Docket No. 2:10-cr-00010-JES-MRM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SEBASTIAN ANDRES-MANUEL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(April 20, 2017)

Before MARCUS, JORDAN and JILL PRYOR, Circuit Judges.

PER CURIAM:

Keith W. Upson, appointed counsel for Sebastian Andres-Manuel in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of Andres-Manuel's appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Andres-Manuel's conviction and sentence is **AFFIRMED**.